UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:

MAURICIO DIEZ MARINA AVEDILLO,

    Plaintiff,

v.

FAMILY FITZ, LLC d/b/a CHICK-FIL-A
And JOHN MOREIRA, individually

    Defendants.
_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** Defendant, Family Fitz, LLC d/b/a Chick-fil-A ("Family Fitz") has removed this cause to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1441. The grounds for removal are:

1. On or about October 28, 2021, a civil action was filed in the Seventeenth Judicial Circuit, Broward County, Florida entitled *Mauricio Diez Marina Avedillo v. Family Fitz, LLC d/b/a Chick-fil-A and John Moreira, individually*, Case No. CACE-21-019377.

2. Family Fitz was served with the Complaint on December 30, 2021. Defendant John Moreira was served on December 23, 2021. Defendant John Moreira consents to removal of this action. This Notice of Removal is filed within thirty (30) days of the Complaint being served, and is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

3. Other than the Summons and Complaint, Family Fitz is not aware of any other filings in this case. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings and documents filed and served in this action are attached hereto as Exhibit A.

4. Pursuant to 28 U.S.C. § 1446(d), Family Fitz, concurrently with the filing of this Notice of Removal, served written notice thereof to all adverse parties and have filed a copy of this Notice with the Clerk of the Seventeenth Judicial Circuit, Broward County, Florida, from

which this case was removed. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit B.

## FEDERAL QUESTION JURISDICTION

5.	This Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and this case can be removed to this Court pursuant to 28 U.S.C. § 1441 in that it is a civil action containing federal question causes of action under the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.* (See Complaint, ¶ ¶ 1, 3, 48-56 and Wherefore clause following ¶56).

6.	Based on the preceding facts, this Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and this case is therefore properly removable to this Court pursuant to 28 U.S.C. § 1441.

Family Fitz accordingly request the removal of this case from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida to this Court.

Date: January 19, 2022				Respectfully submitted,

By:	*/s/Steven A. Siegel*
Steven A. Siegel
Fla. Bar No. 497274
ssiegel@fisherphillips.com
Fisher & Phillips LLP
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida 33301
Telephone (954) 525-4800
*Attorneys for Defendant*
*Family Fitz, LLC d/b/a Chick-fil-A*

## CERTIFICATE OF SERVICE

I hereby certify that on **January 19, 2022**, I electronically filed the foregoing **NOTICE OF REMOVAL** document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day to all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF and/or via U.S. Mail.

                             */s/Steven A. Siegel*
                             Steven A. Siegel
                             Fla. Bar No. 497274
                             ssiegel@fisherphillips.com
                             Ilanit S. Fischler
                             Fla. Bar No. 106691
                             ifischler@fisherphillips.com
                             FISHER & PHILLIPS LLP
                             450 East Las Olas Boulevard
                             Suite 800
                             Fort Lauderdale, FL 33301
                             Telephone (954) 525-4800

                             *Attorneys for Defendant*
                             *Family Fitz, LLC d/b/a Chick-fil-A*

# **SERVICE LIST**

### United States District Court – Southern District of Florida
### MAURICIO DIEZ MARINA AVEDILLO v. FAMILY FITZ, LLC d/b/a CHICK-FIL-A and JOHN MOREIRA,
### Case No.:

Yenys Hirsch
Yenys.hirsch@arguezhirsch.com
Michael Jr. Arguez
Michael.arguez@arguezhirsch.com
Arguez Hirsch PLLC
12555 Orange Drive
2nd Floor
Davie, Florida 33330
Telephone (954) 237-6060

*Attorneys for Plaintiff*

Steven A. Siegel
Fla. Bar No. 497274
ssiegel@fisherphillips.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Ft. Lauderdale, Florida 33301
Telephone: (954) 525-4800

*Attorneys for Defendant
Family Fitz, LLC d/b/a Chick-fil-A*