UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-60139-BLOOM/Valle

MAURICIO DIEZ MARINA AVEDILLO,

    Plaintiff,

v.

FAMILY FITZ, LLC,
*doing business as*
Chick-fil-A, and
JOHN MOREIRA,

    Defendants.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [8] ("Stipulation"), filed on February 3, 2022. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [8]**, is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. The Court shall retain jurisdiction for 30 days for the sole purpose of enforcing the terms of the settlement between the parties;

5. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

6. The Clerk of Court is directed to **CLOSE** this case.

Case No. 22-cv-60139-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 3, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record